No. 74–175.   MIDDENDORF, SECRETARY OF THE NAVY, ET AL. *v.* HENRY ET AL.; and

No. 74–5176.   HENRY ET AL. *v.* MIDDENDORF, SECRETARY OF THE NAVY, ET AL.   [Certiorari granted, *ante,* p. 895.]   Motion to dispense with printing appendix and to proceed on original record granted.

No. 74–5216.   REEDER, AKA BLACKROSE *v.* SUPREME COURT OF WYOMING ET AL.   Motion for leave to file petition for writ of habeas corpus denied.

No. 74–5081.   MYERS *v.* MYERS ET AL.; and

No. 74–5247.   REEDER *v.* CHIEF JUSTICE, SUPREME COURT OF WYOMING, ET AL.   Motions for leave to file petitions for writs of mandamus denied.

No. 74–5287.   WILLIAMS *v.* ALBERT ET AL.   Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 74–156.   HICKS, DISTRICT ATTORNEY OF ORANGE COUNTY, ET AL. *v.* MIRANDA, DBA WALNUT PROPERTIES, ET AL.   Appeal from D. C. C. D. Cal.   Further consideration of question of jurisdiction postponed to hearing of case on merits.

No. 73–1734.   GURLEY, DBA GURLEY OIL CO. *v.* RHODEN, CHAIRMAN, TAX COMMISSION OF MISSISSIPPI.   Sup. Ct. Miss.   Certiorari granted.

No. 74–304.   GORDON *v.* NEW YORK STOCK EXCHANGE, INC., ET AL.   C. A. 2d Cir.   Certiorari granted.

No. 74–363.   UNITED STATES *v.* RELIABLE TRANSFER CO., INC.   C. A. 2d Cir.   Certiorari granted.